STATE OF NEW JERSEY v. DAVID LEE SMITH.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RICHARDSON

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. WHITE.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER R. SYKES.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MAURICE WALKER.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PEDRO V. COMACHO.

March 15, 1971. Petition for certification denied.